Schermerhorn
v.
Van Valken-
burgh.

Rule accordingly.

---

SCHERMERHORN, Surviving Executrix of SCHERMERHORN,
*against* VAN VALKENBURGH, Survivor, &c.

An order to
stay proceed-
ings against a
party, will not
operate to en-
large a rule to
plead or an-
swer taken by
[*520]
him. But af-
ter the expira-
tion of the or-
der, the party
may enter his
default for not
pleading or
answering, the

THE plaintiff declared on the 23d of June last; and on
the 12th of July, the defendant pleaded 4 pleas. On the
26th of July, the plaintiff replied, taking issue on 3 pleas;
but he replied specially as to the other, with the usual rule
and notice to rejoin in 20 days. On the 31st of July, the
defendant *obtained an order to stay all. proceedings on the
part of the plaintiff until the 2d non-enumerated day of
August term, (10th of August,) last, with a view to a mo-
tion to discontinue the cause. On the 1st day of August
same as if the order had not been made.

the defendant served the order, and gave notice of the motion. On the 20th, the plaintiff entered the defendant's default for not rejoining; and on the same day gave the defendant notice of trial for the 28th of August. On the 23d, the motion to discontinue was denied. On the same day the defendant served a rejoinder, which the plaintiff refused to receive.

ALBANY,
Oct. 1827.

Sacket
v.
Billinghurst.

*J. Koon,* for the defendant, now moved to set aside the default for irregularity. He said the order to stay, suspended the operation of the rule to rejoin, from the 1st of August to the second non-enumerated day; 8 days at least; and so it would not expire till the 23d; being extended by the order for that length of time.

*A. Vanderpoel,* contra.

*Curia.* The order to stay proceedings on the part of the plaintiff would not, *per se,* suspend the running of the rule to rejoin; the time allowed by which expired with the 15th of August. The order to stay, therefore, having ceased to operate before the 20th, the default of that day was regular. And we can only interfere and set it aside on terms, which are payment of the costs.

Rule accordingly.